IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>HAN LEE<br><br>　　　　　Defendant. | No.  CR05-0395CRB<br><br>~~(PROPOSED)~~ **ORDER**<br>**CONTINUING STATUS CONFERENCE**<br>**TO JUNE 7, 2006** |

WHEREFORE GOOD CAUSE APPEARING, AND UPON THE STIPULATION OF THE PARTIES, IT IS HEREBY ORDERED THAT the Status Conference presently scheduled for April 5, 2006 is continued to June 7, 2006 at 2:15 p.m..

SO ORDERED.

DATED:  April 5, 2006

Hon. CHARLES R. BREYER
United States District Judge

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

STIPULATION & (PROPOSED) ORDER
CR05-0395CRB